FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6 / Entered

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BILBUA, | Case No. CV 14-1038-DDP (JPR) |
| Petitioner, | |
| vs. | J U D G M E N T |
| JUDGE HENRY HALL, | |
| Respondent. | |

Pursuant to the Memorandum and Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: MAY 15 2014

DEAN D. PREGERSON
U.S. DISTRICT JUDGE